ALITALIA-LINEE AEREE ITALIANE, S. P. A. *v.*
LISI ET AL.

No. 70.   Argued March 11, 1968.—Decided March 25, 1968.

*George N. Tompkins, Jr.*, argued the cause for peti-
tioner.   With him on the briefs was *Austin P. Magner*.

*Theodore E. Wolcott* argued the cause and filed a brief
for respondents.

Briefs of *amici curiae*, urging reversal, were filed by
*Edwin Longcope* for the United Kingdom of Great
Britain and Northern Ireland; by *Robert MacCrate* for
Canada; by *Alfred C. Clapp* for the Republic of Italy;
and by *John E. Stephen, Joseph F. Healy, Jr., Harold L.
Warner, Jr., Carl S. Rowe* and *Paul G. Pennoyer, Jr.*,
for the Air Transport Association of America et al.

Briefs of *amici curiae*, urging affirmance, were filed by
*Samuel Langerman* and *Walter H. Beckham, Jr.*, for the
American Trial Lawyers Association, by *Stuart M.
Speiser* for Arnold Holtzman, and by *Lee S. Kreindler*
for Bates Block.

Briefs of *amici curiae* were filed by *Solicitor General
Griswold, Morton Hollander* and *Joseph B. Goldman* for
the Civil Aeronautics Board, and by *William A. Jennings*
for the Airline Passengers Association.

PER CURIAM.

The judgments are affirmed by an equally divided
Court.

MR. JUSTICE MARSHALL took no part in the considera-
tion or decision of this case.